IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>OSCAR ESCANDON,<br><br>                      Defendant. | **8:16-CR-80**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Dismiss, Filing 87, the Petition for Warrant or Summons for Offender Under Supervision, Filing 78. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 87, is granted, and the Petition for Offender Under Supervision, Filing 78, is dismissed.

Dated this 3rd day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge